1 **ORD**
BRANDON W. MCCOY, Esq.
2 Nevada Bar No.: 10402
**MCCOY LAW GROUP, Ltd.**
3 625 S. 8th Street, 2nd Floor
Las Vegas, Nevada 89101
4 (702) 384-2600 *Telephone*
(702) 384-2603 *Facsimile*
5 bmccoy@mccoylawgroup.com
*Attorney for Plaintiff,*
6 *PAULETTE R. ZANDER*

7 IN THE UNITED STATES DISTRICT COURT

8 DISTRICT OF NEVADA

| | |
|---|---|
| 9  PAULETTE R. ZANDER, | Case No.: 2:13-cv-00848-GMN-PAL |
| 10          Plaintiff, | |
| 11  vs. | |
| 12  TROPICANA ENTERTAINMENT, INC., d/b/a TROPICANA ARUBA RESORT AND CASINO; and DOES I through X; and ROES XI through XX; inclusive, | **ORDER** |
| 15          Defendants. | |

16    This matter having come before the Court for a Scheduling Conference following submission of a proposed Stipulation for Extension of Time; present were Brandon W. McCoy, Esq., counsel for Plaintiff, and Paul F. Eisinger, Esq., counsel for Defendant.

   The Court having reviewed the Proposed Stipulation and Order to Extend Discovery and the representations of Counsel at the Hearing, including Attorney Eisinger's oral request for a stay of discovery pending resolution of dispositive Motions, which was joined by Attorney McCoy.

///
///
///
///
///

**IT IS ORDERED** that the joint request to stay discovery is GRANTED. Counsel will be required to submit a Proposed Discovery Plan and Scheduling Order (if necessary) within 14 days after a decision on the pending dispositive motions.

**DATED** this 15 day of December, 2014.

Peggy A. Leen, Magistrate Judge
United States District Court

| Respectfully Submitted by: | Approved as to Form and Content: |
|---|---|
| **MCCOY LAW GROUP, Ltd.** | **THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER** |
| BRANDON W. MCCOY, ESQ.<br>Nevada Bar No.: 10402<br>625 S. 8th Street, 2nd Floor<br>Las Vegas, NV 89101<br>(702) 384-2600 *Telephone*<br>(702) 384-2603 *Facsimile*<br>bmccoy@mccoylawgroup.com<br>*Attorney for Plaintiff* | PAUL F. EISINGER, ESQ.<br>Nevada Bar No. 1617<br>1100 E. Bridger Ave.<br>Las Vegas, NV 89101<br>Tel: (702) 366-0622<br>Fax: (702) 366-0327<br>Email: peisinger@thorndal.com<br>*Attorney for Defendant* |

2